# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENITA GLOW, et al.<br><br>Plaintiffs,<br><br>v.<br><br>SUNRISE SENIOR LIVING, LLC, et al.,<br><br>Defendants. | Case No.: 3:19-cv-01064-H-BGS<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS ACTION WITH PREJUDICE**<br><br>[Doc. No. 11] |

On September 20, 2019, Plaintiff Benita Glow, by and through her Attorney-in-Fact and Successor-In-Interest, Timothy Brictson, Timothy Brictson, an individual, and Bretta Lutze, an individual (collectively, "Plaintiffs") and Defendants Sunrise Senior Living, LLC, Sunrise Senior Living Management, Inc., AL U.S./LA Jolla II Senior Housing, L.P., and Welltower Opco Group, LLC (collectively, "Defendants") (referenced together herein as "the Parties") have filed a joint motion to dismiss this entire action with prejudice. (Doc. No. 11.)

The Parties have shown good cause for their request. Accordingly, the Court grants the Parties' motion and dismisses the case with prejudice. The Court will retain jurisdiction over the terms of the parties' settlement under 28 U.S.C. § 636(c) and Fed. R. Civ. Pro. 73.

**IT IS SO ORDERED.**

DATED: September 20, 2019

*[signature]*
MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT